## JONES *v.* CHANDLER *et al.*

ALMAND, Justice. This is a companion case to *Jones* v. *Chandler,* ante. This case, involving the same essential facts, rulings, and questions of law, consequently is controlled by the ruling in that case.

*Transferred to the Court of Appeals. All the Justices concur, except Atkinson, P. J., not participating.*

No. 18055. ARGUED JANUARY 15, 1953—DECIDED JANUARY 15, 1953.

*Haas, Hurt & Peck* and *Nall & Sterne,* for plaintiff in error. *Poole, Pearce & Hall, Carl A. Herbig, Haas, Hurt & Peck* and *Nall & Sterne,* contra.

## CHAPMAN *v.* GILES *et al.* (two cases.)

HEAD, Justice. The plaintiff, as legal guardian of a minor, sought to have an action, brought by the defendant as next friend of the minor, amended so as to proceed with the plaintiff as the representative and guardian of the minor. To an order denying the relief sought the plaintiff excepted. Over certain objections of the plaintiff, the trial court admitted in evidence an "appeal" from an alleged order appointing the plaintiff as guardian, and this ruling is assigned as error. *Held:*

None of the rulings or orders assigned as error is in a proceeding or cause within the jurisdiction of this court as fixed by the Constitution, art. 6, sec. 2, par. 4 (Code, Ann., § 2-3704). Compare *Campbell* v. *Atlanta Coach Co.,* 186 *Ga.* 77 (196 S. E. 769).

*Transferred to the Court of Appeals. All the Justices concur, except Atkinson, P. J., not participating.*

Nos. 18069, 18070. SUBMITTED JANUARY 13, 1953—DECIDED
JANUARY 15, 1953.

*Johnson, Hatcher, Rhudy & Meyerson* and *Henry M. Hatcher Jr.,* for plaintiff in error.

*Shirley C. Boykin, D. S. Strickland* and *Robert J. Noland,* contra.